POLLACK, Appellant, vs. WILHELM, Respondent.

*April 7—May 11, 1926.*

This case is ruled by *Mayfield Woolen Mills v. Goodrich & Martineau Co.* 189 Wis. 406.

APPEAL from a judgment of the circuit court for Wood county: BYRON B. PARK, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Fish, Marshutz & Hoffman,* attorneys, and *Irving A. Fish* and *F. C. John,* of counsel, all of Milwaukee, and oral argument by *Mr. Fish.*

For the respondent the cause was submitted on the brief of *R. R. Williams* of Marshfield.

DOERFLER, J. This case is ruled by the opinion in the case of *Mayfield Woolen Mills v. Goodrich & Martineau Co.* 189 Wis. 406, 207 N. W. 954.

*By the Court.*—The judgment of the lower court is reversed, with directions for further proceedings in accordance with the *Mayfield Case, supra.*